# EXHIBIT A



*12328548*

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
DR. PEPPER SNAPPLE GROUP, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
KEYLYNN MORGAN

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

FILED
ALAMEDA COUNTY

JUN 1 3 2017

CLERK OF THE SUPERIOR COURT
By _Darnekia_

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

| | |
|---|---|
| The name and address of the court is:<br>(El nombre y dirección de la corte es): RENE C DAVIDSON COURT HOUSE<br>1225 FALLON STREET, OAKLAND, CA 94612 | CASE NUMBER:<br>(Número del Caso):<br>RG17863757 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
ALAN J REINACH, 2686 TOWNSGATE ROAD, WESTLAKE VILLAGE, CA 91361, 805-413-7398
Chad Finke

DATE: June 12, 2017
(Fecha) JUN 13 2017
Clerk, by _Darnekia_ _____, Deputy
(Secretario) (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

    under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other (specify):
4. ☐ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Page 1 of 1
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

*12328544*

1  Alan J. Reinach, State Bar No. 196899
   CHURCH STATE COUNCIL
2  ajreinach@churchstate.org
3  2686 Townsgate Road
   Westlake Village, CA 91361
4  805-413-7398
   Fax: 805-497-7099
5
6  *Counsel for Plaintiff Teresa Brown*

**FILED**
ALAMEDA COUNTY

JUN 1 8 2017

CLERK OF THE SUPERIOR COURT
By _____
B. OLIVER, Deputy

7              SUPERIOR COURT OF CALIFORNIA
8                 COUNTY OF ALAMEDA

9  Keylynn Morgan,                    Case No.

10     Plaintiff,                     Complaint  RG 17863737

11
12     v.                             1. Religious Discrimination, in violation
                                         of Fair Employment and Housing Act
13  Dr. Pepper Snapple Group, Inc.    2. Failure to Provide Religious
                                         Accommodation, in violation of Fair
14     Defendant.                        Employment and Housing Act

15                                     **Jury Trial Demand**
16
17                            **Parties**
18  1. Plaintiff Keylynn Morgan is, and was at all relevant times, a California resident.

19  2. Defendant Dr. Pepper Snapple Group, Inc. is a corporation duly registered to conduct

20  business in the State of California, and an employer as defined by the California Government

21  Code.

22                        **Jurisdiction and Venue**
23
24  3. This Court has jurisdiction under California's Fair Employment and Housing Act, as the

25  Department and its acts or omissions are covered as employer acts or omissions under that

26  statute. (See Gov. Code §§ 12926 subd. (d) & 12965, subd. (b).)

27
28

by fax

4. Mr. Morgan has met the jurisdictional prerequisites, as he filed a timely administrative complaint with the United States Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing, and received a "right-to-sue" letter, and files this action within one (1) year of the issuance of the right-to-sue.

5. Venue is proper because Alameda is the county where Plaintiff was employed, and where the unlawful practice was committed.

6.   Plaintiff demands a jury trial.

### Statement of Facts

7. Plaintiff Keylynn Morgan is a Seventh-day Adventist, who observes a religious Sabbath from sundown Friday to sundown Saturday.

8. One of the important teachings of the Seventh-day Adventist Church is to observe the Sabbath as a day of rest during which secular work is not to be performed. Seventh-day Adventists believe that the obligation to refrain from secular work on the Sabbath was established by the Creator, not by the church, and that individuals are responsible to God for their obedience or disobedience.

9. Sabbath observance is important to Seventh-day Adventists for many reasons, including: 1) that God rested on the Sabbath after He created the world and He reminds man to observe the Sabbath in the Ten Commandments in honor of Him as the creator [See Genesis 2:2-3; Exodus 20:8-11; Jeremiah 17:22]; and 2) that Jesus rested on the Sabbath when He came to show man how to live and after He redeemed mankind by His death He asks mankind to observe the Sabbath as a sign that mankind is sanctified from sin [See Exodus 31:13; Isaiah 56:2; Ezekiel 20:12-20; Mark 15:42-44; Luke 23:54-56; and John 19:31].

10. Unlike many other Christian churches, members of the Seventh-day Adventist Church

1 celebrate the Sabbath from sundown on Friday until sundown on Saturday in order to be

2 obedient to all Ten Commandments.

3    11. Observance of the Sabbath is reflected in the name of the church, i.e., "Seventh-day," and

4
5 is included among the church's fundamental beliefs, listed as number 20:

6      The beneficent Creator, after the six days of Creation, rested on the seventh day
and instituted the Sabbath for all people as a memorial of Creation. The fourth
7 commandment of God's unchangeable law requires the observance of this seventh-
day Sabbath as the day of rest, worship, and ministry in harmony with the teaching
8 and practice of Jesus, the Lord of the Sabbath. The Sabbath is a day of delightful
communion with God and one another. It is a symbol of our redemption in Christ, a
9 sign of our sanctification, a token of our allegiance, and a foretaste of our eternal
10 future in God's kingdom. The Sabbath is God's perpetual sign of His eternal
covenant between Him and His people. Joyful observance of this holy time from
11 evening to evening, sunset to sunset, is a celebration of God's creative and
12 redemptive acts. (Gen. 2:1-3; Ex. 20:8-11; Luke 4:16; Isa. 56:5, 6; 58:13, 14; Matt.
12:1-12; Ex. 31:13-17; Eze. 20:12, 20; Deut. 5:12-15; Heb. 4:1-11; Lev. 23:32;
13 Mark 1:32.)

14    12. Morgan was hired by Defendant and began working as a Merchandiser on or about

15 February 22, 2016.

16
17    13. When he was hired, Morgan promptly notified his supervisors that he is not available to

18 work on Saturdays, due to his religious observance of Sabbath. He requested a modified work

19 schedule so that he could maintain full time hours.

20    14. Defendant refused to give Morgan a modified work schedule, and terminated his

21 employment on March 28, 2016, about a month after he began work.

22
23    15. Defendant issued Morgan a letter of termination citing his poor attendance record as the

24 basis of his termination. Although the letter was inaccurate in identifying Morgan's attendance

25 record, it did cite to at least two (2) of the Saturdays Morgan did not work — he did not work any

26 of the Saturdays — as well as his absence due to a car accident.

27
28

1    16. Defendant terminated Morgan because he did not work on Saturdays in violation of his

2  religious belief.

3
                              **First Cause of Action:**
4          **Religious Discrimination/Disparate Treament/Failure to Accommodate**
                              **Gov. Code §12940, subd. (a)**
5
6    17. Plaintiff incorporates by reference the allegations in the preceding paragraphs.

7    18. At all times herein mentioned, Defendant was subject to Government Code § 12940 et

8  seq. as it regularly employed five (5) or more persons.

9    19. Government Code § 12940, subdivision (a) provides that it is an unlawful employment

10
   practice for an employer or any other person, because of religion to discriminate against an
11
     employee in compensation or in terms, conditions, or privileges of employment.
12

13    20. Government Code § 12940, subdivisions (l) and (m) further provides that it is unlawful to

14  discriminate against a person based on religion unless the employer demonstrates that it has

15  *"explored any available reasonable alternative means of accommodating the religious belief,*

16  *but is unable to reasonably accommodate the religious belief without undue hardship."*

17
      21. PLAINTIFF requested accommodation for his religion – Seventh-day Adventist – and his
18
19  religious observance of the Sabbath, from sundown Friday to sundown Saturday.

20    22. Defendant discriminated against Plaintiff by denying him religious accommodation and

21  terminating his employment.

22
      23. Plaintiff's need for religious accommodation was a substantial motivating factor in
23
   Defendant's decision to terminate him.
24

25    24. As a direct and proximate result of the discriminatory actions of Defendant, as alleged

26  herein, Plaintiff has suffered harm in the form of past and future lost wages and benefits and

27  other pecuniary loss, plus interest thereon.

28

25. As a further direct and proximate result of Defendant's discriminatory actions against Plaintiff, as alleged above, Plaintiff has been harmed in that he has suffered humiliation, mental anguish, and emotional and physical distress in an amount according to proof.

26. The conduct complained of herein was carried out by directors, officers or managing agents of Defendant, and was done with malice, oppression or fraud. Specifically, Defendant knew that discrimination on the basis of religion is unlawful and harmful to Plaintiff and to the public. Despite this, Defendant intentionally discriminated against Plaintiff in firing him, in a manner that was cold, callous, cruel and despicable. Accordingly, Plaintiff seeks exemplary and punitive damages in an amount according to proof at trial, but no less than an amount sufficient to punish Plaintiff and set an example in order to deter such malicious and despicable conduct in the future.

27. California Code of Civil Procedure § 1021 provides that attorney's fees are recoverable in an action for which they are specifically provided by statute. Plaintiff seeks an award of reasonable attorney's fees and costs, pursuant to Government Code § 12965(b), based on an appropriate lodestar rate, together with a multiplier as this court deems just and proper.

### Second Cause of Action
### FEHA -- Retaliation
### California Government Code § 12940 et seq.

28. PLAINTIFF re-alleges and incorporates herein by reference all of the above paragraphs as though fully set forth herein.

29. Government Code § 12940, subdivision (h) provides that it is it is an unlawful employment practice "[f]or any employer ... to discharge, expel, or otherwise discriminate against any person because the person has opposed any practices forbidden under this part or because the person has filed a complaint, testified, or assisted in any proceeding under this part."

30. Plaintiff's requests for religious accommodation for his Sabbath observance constitute protected activities under FEHA.

31. Defendant retaliated against Plaintiff by terminating him on account of his requesting religious accommodation.

32. As a direct and proximate result of the retaliatory actions of Defendant, as alleged herein, Plaintiff has suffered harm in the form of past and future lost wages and benefits and other pecuniary loss, plus interest thereon.

33. As a further direct and proximate result of Defendant's retaliatory actions against Plaintiff, as alleged above, Plaintiff has been harmed in that he has suffered humiliation, mental anguish, and emotional and physical distress, in an amount according to proof.

34. The conduct complained of herein was carried out by directors, officers or managing agents of Defendant, and was done with malice, oppression or fraud. Specifically, Defendant knew that retaliation is unlawful and harmful to Plaintiff and to the public. Despite this, Defendant intentionally retaliated against Plaintiff in a manner that was cold, callous, cruel and despicable. Accordingly, Plaintiff seeks exemplary and punitive damages in an amount according to proof at trial, but no less than an amount sufficient to punish Defendant and set an example in order to deter such malicious and despicable conduct in the future.

35. California Code of Civil Procedure § 1021 provides that attorney's fees are recoverable in an action for which they are specifically provided by statute. Plaintiff seeks an award of reasonable attorney's fees and costs, pursuant to Government Code § 12965(b), based on an appropriate lodestar rate, together with a multiplier as this court deems just and proper.

1

**Prayer for Relief**

2    Wherefore, Plaintiff Morgan prays that this Court:

3    A. Declare that the Defendant's actions violated Government Code section 12940, subd. (a);

4

5    B. Declare that the Defendant's actions violated California Government Code section

6    12940, subd. (*l*)(1);

7    C. Order the Defendant to make Plaintiff whole by paying him compensatory damages for

8    lost earnings, both past and future, and emotional distress, in an amount according to

9    proof;

10   D. Order the Defendant to pay Plaintiff costs of suit herein incurred; prejudgment interest

11   on any damages awarded, and attorney fees; and

12

13   E. Grant such other and further relief as the Court deems just and proper.

14

15   Dated this 12th day of June, 2017

16                              Respectfully submitted,

17

18                              Alan J. Reinach, Esq.
                                Church State Council
19                              Attorneys for Plaintiff Keylynn Morgan

20

21

22

23

24

25

26

27

28

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Alan J. Reinach, Esq. SBN 196899<br>Church State Council<br>2686 Townsgate Road, Westlake Village, CA 91361<br>TELEPHONE NO.: 805-413-7398   FAX NO. *(Optional):* 805-497-7099<br>E-MAIL ADDRESS *(Optional):* ajreinach@churchstate.org<br>ATTORNEY FOR *(Name):* ~~Keylynn Morgan~~ | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson

| PLAINTIFF/PETITIONER:   Keylynn Morgan | CASE NUMBER:<br>RG17863787 |
|---|---|
| DEFENDANT/RESPONDENT:   Dr. Pepper Snapple Group, Inc. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>00075 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*

   Dr. Pepper Snapple Group, Inc.

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:   CT Corporation System (Registered agent for service of process).
   818 West Seventh Street, Suite 930, Los Angeles, CA 90017

5. I served the party *(check proper box)*
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*                    (2) at *(time):*
   b. [ ] by substituted service. On *(date):*              at *(time):*        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*              from *(city):*              or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Keylynn Morgan | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Dr. Pepper Snapple.Group, Inc. | RG17863787 |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):* June 19, 2017     (2) from *(city):* Westlake Village,

    (3) [X] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
    [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
    [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
    [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
    [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                             [ ] other:

7. **Person who served papers**
  a. Name: Loritha McDuffie
  b. Address: Church State Council, 2686 Townsgate Road, Westlake Village, CA 91361
  c. Telephone number: 805-413-7396
  d. The fee for service was: $
  e. I am:
    (1) [X] not a registered California process server.
    (2) [X] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: June 19, 2017

Loritha McDuffie           ▶                    
_____         _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Alan J. Reinach, Esq. SBN:196899<br>Church State Council<br>2686 Townsgate Road, Westlake Village, CA 91361<br>TELEPHONE NO.: 805-413-7398   FAX NO. *(Optional)*: 805-497-7099<br>E-MAIL ADDRESS *(Optional)*: ajreinach@churchstate.org<br>ATTORNEY FOR *(Name)*: Keylynn Morgan | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda | |
|---|---|
| STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Oakland, CA 94612<br>BRANCH NAME: Rene C. Davidson | |

| PLAINTIFF/PETITIONER:   Keylynn Morgan | |
|---|---|
| DEFENDANT/RESPONDENT:   Dr. Pepper Snapple Group, Inc. | |

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>RG17863787 |
|---|---|

TO *(insert name of party being served)*:   Dr. Pepper Snapple Group, Inc. by CT Corporation

---

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:    June 19, 2017

Loritha McDuffie
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of *(to be completed by sender before mailing)*:
1. ☐   A copy of the summons and of the complaint.
2. ☐   Other *(specify)*:

*(To be completed by recipient)*:

Date this form is signed:

▶

_____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

_____
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Page 1 of 1
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

**POS-015**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>    Alan J. Reinach, Esq. SBN:196899<br>    Church State Council<br>    2686 Townsgate Road, Westlake Village, CA 91361<br>  TELEPHONE NO.: 805-413-7398   FAX NO. *(Optional):*  805-497-7099<br>E-MAIL ADDRESS *(Optional):*  ajreinach@churchstate.org<br>ATTORNEY FOR *(Name):*  Keylynn Morgan | **FOR COURT USE ONLY** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>  STREET ADDRESS: 1225 Fallon Street<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: Oakland, CA 94612<br>  BRANCH NAME: Rene C. Davidson | |
| PLAINTIFF/PETITIONER: ·Keylynn Morgan<br><br>DEFENDANT/RESPONDENT: Dr. Pepper Snapple Group, Inc. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | CASE NUMBER:<br>RG17863787 |

TO *(insert name of party being served):*   Dr. Pepper Snapple Group, Inc. by CT Corporation

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:   June 19, 2017

    Loritha McDuffie           ▶      *(signature)*
     (TYPE OR PRINT NAME)              (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. ☐  A copy of the summons and of the complaint.
2. ☐  Other *(specify):*

*(To be completed by recipient):*

Date this form is signed:

                                   ▶
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,       (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)        ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

---

   **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**   

**POS-015**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Alan J. Reinach, Esq. SBN:196899<br>Church State Council<br>2686 Townsgate Road, Westlake Village, CA 91361<br>**TELEPHONE NO.:** 805-413-7398   **FAX NO.** *(Optional):* 805-497-7099<br>**E-MAIL ADDRESS** *(Optional):* ajreinach@churchstate.org<br>**ATTORNEY FOR** *(Name):* Keylynn Morgan | **FOR COURT USE ONLY** |

| |
|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda<br>**STREET ADDRESS:** 1225 Fallon Street<br>**MAILING ADDRESS:**<br>**CITY AND ZIP CODE:** Oakland, CA 94612<br>**BRANCH NAME:** Rene C. Davidson |

| | |
|---|---|
| **PLAINTIFF/PETITIONER:** · Keylynn Morgan<br><br>**DEFENDANT/RESPONDENT:** Dr. Pepper Snapple Group, Inc. | |
| **NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL** | **CASE NUMBER:**<br>RG17863787 |

**TO** *(insert name of party being served):*   Dr. Pepper Snapple Group, Inc. by CT Corporation

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing:   June 19, 2017

Loritha McDuffie
*(TYPE OR PRINT NAME)*

► *(signature)*
*(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)*

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [X]  A copy of the summons and of the complaint.
2. [ ]  Other *(specify):*

*(To be completed by recipient):*

Date this form is signed: July 25, 2017

Bethany A. Vasquez
Counsel for Dr Pepper Snapple Group, Inc.
*(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)*

► *(signature)*
*(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)*

Page 1 of 1

| | | |
|---|---|---|
| Form Adapted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Code of Civil Procedure,<br>§§ 415.30, 417.10<br>www.courtinfo.ca.gov |

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 560 Mission Street, 31st Floor, San Francisco, California  94105. On July 25, 2017, I served the within document(s):

**NOTICE AND ACKNOWLEDGEMENT OF RECEIPT - CIVIL**

☐ I sent such document from facsimile machines (415) 397-8549 on July 25, 2017.  I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt.  I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

☐ by personally arranging for delivery of the document(s) listed above by messenger to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐ electronically by using the Court's ECF/CM System.

Alan J. Reinach, Esq.                     Tel:  (805) 413-7398
Church State Council                      Fax: (805) 497-7099
2686 Townsgate Road                    Email:    ajreinach@churchstate.org
Westlake Village, CA  91361

*Counsel for Plaintiff*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 25, 2017, at San Francisco, California.

_____
Lisa Rivers

40060275v.1